# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NIKI-ALEXANDER SHETTY,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICA'S WHOLESALE LENDER, et al.,<br><br>        Defendants. | Case No. 5:16-cv-05846 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Beth Labson Freeman to determine whether it is related to 5:16-cv-03112 BLF, Shetty v. M. Lewis, Inc., et al.

IT IS SO ORDERED.

Date:  October 13, 2016

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 16-cv-05846 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES